## PETER THERKELDSEN v. THOMAS DORFNER.[1]

June 9, 1911.

Nos. 17,142—(142).

**Defective assignment of error.**

The general assignment that errors of law were committed by the trial court presents no particular ruling for review. [Reporter.]

Action in the municipal court of St. Paul to recover $483 for conversion. The case was tried before Hanft, J., who made findings of fact and as conclusion of law ordered judgment in favor of defendant. From an order denying plaintiff's motion for a new trial, he appealed. Affirmed.

*B. F. Latta,* for appellant.

*O. E. Holman,* for respondent.

PER CURIAM.

The assignments of error, though insufficient, are construed as presenting the sole question whether the evidence supports the findings and decision of the trial court. We have examined the record, and find therein evidence amply sufficient to sustain the findings, and therefore affirm the order appealed from. The general assignment that errors of law were committed by the trial court presents no particular ruling for review. Butler-Ryan Co. v. Silvey, 70 Minn. 507, 73 N. W. 406, 510.

Order affirmed.